UNITED STATES *v.* DUMAS.   No. 231.   Error to the Circuit Court of the United States for the Eastern District of Louisiana.   Submitted April 20, 1893.   Decided May 1, 1893.   MR. JUSTICE JACKSON : This case, in all essential respects, is similar to that of *United States v. Dumas,* No. 230, just decided, the only difference being that this suit is based upon a bond for a different period, and against a different set of sureties, but it involves the same questions and on the same state of facts as presented in the former case.   For the reasons given in the opinion in the former case the judgment below in this case is                                          *Affirmed.*